UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PLAINTIFF'S
Michael L. Trammell

V.

Peter J. Pescatore
Chuck Dominico
DEFENDANT'S

FILED
IN CLERKS OFFICE
2003 DEC 30 A 10: 29
U.S. DISTRICT COURT
DISTRICT OF MASS.

ATTACHMENT 1
CIVIL ACTION
NO. _____

## Motion for Appointment of Counsel

On unemployment benefit's from 7-5-03 /$1,920.00 and as of 12-2-03 /$675.00 plus extended benefit's. Bank saving's account with Crescent Credit Union, account nu: 31-55173, amount: $4.16. S.S. nu: 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. Contacted Boston Bar Assctn., Lawyer Refrrl., srvc., Mass., Bar Assctn., Lawyer Refrrl., srvc., Volunteer Lawyers Project, Greater Boston legal services, Legal Advocacy and Resources Cntr., all of these offered no pro bono services and more than half of them offered services at a reduced rated and the rest of them offered no services at all in this field. I Michael L. Trammell request appointment of Counsel please. Rent is $115.00 include .'s everything; Towner: Ted Anderson/DDE Property, 911-917 North Main st. #4, Brockton, MA 02301; Tel. (508) 580-4420/(781) 208-7778

PRO SE    Signature: Michael L. Trammell
          Name     : Michael L. Trammell
          Address: 111 Green st., Apt. #7
                    Brockton, MA 02301
          Telephone: (508) 584-2261

SCANNED
DATE: 1/16/04
tom