UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

MICHAEL TRAMMELL,
                 Plaintiff

v.

PETER J. PESCATORE,
                 Defendant.

CIVIL ACTION NO.:
04-10034-EFH

**O R D E R**

March 31, 2004

HARRINGTON, S.D.J.

    Upon review of the record in this case, the Court rules as follows on the below-listed motion:

    Plaintiff's Motion to Appoint Counsel [pleading No. 2] is denied.

    SO ORDERED.

                                                 /s/ Edward F. Harrington
                                                 EDWARD F. HARRINGTON
                                                 United States Senior District Judge