# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * *

MICHAEL L. TRAMMELL,
          Plaintiff

      v.                                CIVIL ACTION NO.:
                                       04-10034-EFH

PETER J. PESCATORE, ET AL.,
          Defendants.

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL

July 20, 2004

HARRINGTON, S.D.J.

      The Court orders the complaint filed in this case dismissed. To the extent that plaintiff may have stated a claim for religious discrimination, it does not appear that plaintiff filed a charge with the EEOC within the requisite time period. See 42 U.S.C. § 2000e-5(e). Furthermore, with respect to any potential claims of discrimination on the basis of disability, age or race are dismissed for failure to allege any facts sufficient to support such claim(s). Fed.R.Civ.P. 8(a).

      SO ORDERED.

                                              /s/ Edward F. Harrington
                                              EDWARD F. HARRINGTON
                                              United States Senior District Judge