UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PLAINTIFF,
Michael L. Trammell

V.

CIVIL ACTION
NU. 04-10034-EFH

Peter J. Pescatore, ET AL.,
DEFENDANTS.

MOTION FOR RECONSIDERATION
OF ORDER OF DISMISSAL
August 24, 2004
MICHAEL L. Trammell

There was no written direction's in the Pro Se applicati-
-on form's that said to include the EEOC findings to the
court; also there was no verbal direction's by the Pro
Se Clerk, to me too include the EEOC findings with the
Pro Se application form's to the court.
The charge was filed on 5-2003 with EEOC and EEOC
Charge Nu. 16C-2002-03016, and copies of the EEOC
findings notice and a copy of my letter of request to extend
the retaining period of my case file at the EEOC office,
and they are avaliable for review by the court, and
these are enclosed. EDWARD F. HARRINGTON
United States Senior District Judge

PRO SE

Signature: Michael L. Trammell
Name    : Michael L. Trammell
Address: 112 Stillman Avenue
         Brockton, MA 02302
Telephone: (508) 584-2261