UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * *

MICHAEL L. TRAMMELL,
                Plaintiff

         v.                                       CIVIL ACTION NO.:
                                                     04-10034-EFH

PETER J. PESCATORE, ET AL.,
                Defendants.

* * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

September 21, 2004

HARRINGTON, S.D.J.

      The Court denies Plaintiff's Motion for Reconsideration of Order of Dismissal of July 20, 2004. The case is to remain closed. Plaintiff is required to initiate a new suit with a full and complete complaint setting forth his causes of action. The motion is denied.

      SO ORDERED.

                                                    /s/ Edward F. Harrington
                                                  EDWARD F. HARRINGTON
                                                  United States Senior District Judge